*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY FUNG, | ) CASE NO.: CV 11-10277-GW(FMOx) |
| Plaintiffs, | ) **ORDER DISMISSING ACTION WITH PREJUDICE  PURSUANT TO F.R.C.P. 41(a)** |
| v. | ) |
| NEW YORK LIFE INSURANCE, et al. DOES 1 TO 20, INCLUSIVE, | ) |
| Defendants. | ) HONORABLE JUDGE:  GEORGE H. WU<br>) ROOM.: 128<br>) COURTROOM : 10 |

_____1_____
ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

1   Pursuant to the stipulation of the parties, the above-entitled action is hereby
2   dismissed with prejudice as to all defendants.

3

4

5   DATED: January 30, 2012      _____
                                  HONORABLE GEORGE H. WU
6                                 UNITED STATES DISTRICT COURT
                                  JUDGE FOR THE CENTRAL
7                                 DISTRICT OF CALIFORNIA